United States Bankruptcy Court
Western District of Louisiana
Alexandria Division

| | | |
|---|---|---|
| In Re: | * | Bankruptcy No. 14-80489 |
| | * | |
| Ernesto Diaz | * | |
| Eduarda Ramos De Diaz | * | |
|    Debtors | * | Chapter 13 |

Response of United States of America
to Objection to Claim of Army and Air Force Exchange Servics

The United States of America on behalf of the Army and Air Force Exchange Service ("AAFES"), a creditor and governmental unit, for respectfully responds to the objection to the claim of filed ("AAFES"), in the captioned and numbered case on behalf of Ernesto Diaz and Eduarda Ramos De Diaz ("Debtors") as follows:

1.

AAFES maintains that it is a partially secured creditor as outlined in its proof of claim.

2.

The Exchange Credit Program Agreement provides , "You grant us and we retain a security interest in each Retail Plan and Special Promotion purchase you or an Authorized User make with the Account." (Rec. Doc. 10-1, p. 31). Purchases made by Debtor fell with the purview of that clause. (Rec. Doc. 10-1, p. 6).

3.

The claim remains secured and should be included in the Plan.

Wherefore, the United States prays that:

1. The objection to the claim of the AAFES overruled;

2. For such other general and equitable relief to which it may be entitled.

>Respectfully submitted,
>
>David C. Joseph
>United States Attorney
>
>By: /s/Cristina Walker 08497
>Assistant United States Attorney
>Western District of Louisiana
>300 Fannin Street, Suite 3201
>Shreveport, LA 71101-3068
>(318) 676-3634; Fax (318) 676-3642

Certificate of Service

I certify that in addition to the electronic service of the foregoing Response of United States of America to Objection to Claim of Internal Revenue Service by the Bankruptcy Noticing Center, a copy of said response has been mailed first class, postage prepaid, from Shreveport, Louisiana, on, March 7, 2019, to:

Ernesto Diaz
Eduarda Ramos De Diaz
570 Delia Dr.
Leesville, LA 71446

>By: /s/Jennifer E. Washington
>United States Attorney's Office
>Western District of Louisiana
>300 Fannin Street, Suite 3201
>Shreveport, LA 71101-3068